```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15320
    DANIEL GLENN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


         Debtor
    SSN XXX-XX-9213


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/21/2006 and was confirmed 01/31/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  65.00%.

    The case was dismissed after confirmation 11/14/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG   11732.32            .00      11732.32
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    5154.82            .00           .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED           .00           .00
CREDIT ACCEPTANCE CORP    SECURED VEHIC    5262.52         123.55        711.08
ALLIED INTERSTATE         UNSECURED       NOT FILED           .00           .00
ALLIED INTERSTATE         NOTICE ONLY     NOT FILED           .00           .00
ALLIED INTERSTATE         NOTICE ONLY     NOT FILED           .00           .00
CHARTER ONE BANK          UNSECURED       NOT FILED           .00           .00
COLLECTION COMPANY OF AM  UNSECURED       NOT FILED           .00           .00
DELL FINANCIAL SERVICES   UNSECURED       NOT FILED           .00           .00
DEPENDON COLLECTION SE    UNSECURED       NOT FILED           .00           .00
DEPENDON COLLECTION SERV  NOTICE ONLY     NOT FILED           .00           .00
JC PENNY                  UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00           .00
US DEPT OF EDUCATION      UNSECURED        2644.25            .00           .00
US DEPT OF EDUCATION      NOTICE ONLY     NOT FILED           .00           .00
SPRINT-NEXTEL CORP        UNSECURED         245.49            .00           .00
LEDFORD & WU              DEBTOR ATTY     2,493.00                        218.65
TOM VAUGHN                TRUSTEE                                         840.85
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                13,626.45

PRIORITY                                           .00
SECURED                                      12,443.40
    INTEREST                                    123.55
UNSECURED                                          .00
ADMINISTRATIVE                                  218.65

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15320 DANIEL GLENN
```

```
TRUSTEE COMPENSATION                                           840.85
DEBTOR REFUND                                                     .00
                                   ----------------   ----------------
TOTALS                                    13,626.45          13,626.45
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 02/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```